## 44057. SHACKELFORD v. GREEN.
### (356 SE2d 27)

CLARKE, Presiding Justice.

We granted certiorari in *Shackelford v. Green*, 180 Ga. App. 617 (349 SE2d 781) (1986), to consider whether appellant has standing to appeal from a grant of summary judgment to her co-defendant.

Having heard the arguments and considered the record and briefs in this case, we find no error in the Court of Appeals' opinion and therefore affirm.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 8, 1987.

E. *Wycliffe Orr*, for appellant.
*James T. McDonald, Jr., Joseph A. Munger, John B. Degonia, Jr.*, for appellee.